UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19 CR 49-9 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY HOWELL, | ) | |
| | ) | |
| Defendant | ) | |

The court adopts Magistrate Judge Baughman's Report and Recommendation, (ECF No. 306), finding that the government has shown good cause to withdraw the supervised release violation report submitted against Howell dated June 2, 2020.

IT IS ORDERED that the Supervised Release Violation submitted against Anthony Howell on June 2, 202 is hereby withdrawn. Defendant Howell's Supervised Release shall continue under its current terms.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 13, 2020